# United States Court of Appeals
## For the First Circuit

No. 03-2364

UNITED STATES OF AMERICA,

Appellee,

v.

CARLOS HUMBERTO CABRERA-POLO,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on July 16, 2004 is corrected as follows:

On cover page, delete "<u>Sonia I. Torres-Pabón</u> and <u>Thomas F. Klumper</u>" and insert "<u>Sonia I. Torres-Pabón</u>, <u>Thomas F. Klumper</u> and <u>Nelson Pérez-Sosa</u>," . . .